**Order entered January 13, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00005-CV

## IN RE GABRIEL OSSY ISAAC, Relator

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-05241-D**

## ORDER

Based on the Court's opinion of this date, we **DISMISS FOR WANT OF JURISDICTION** relator's January 3, 2017 petition for writ of prohibition.

/s/     ROBERT M. FILLMORE
        JUSTICE